In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00060-CV

                                                ______________________________

 

 

                                                                  

 

                                           IN THE MATTER OF J.T.B.

 

                                                                  

 

 

                                                                                                  


 

 

                                        On Appeal from the 2nd Judicial District Court

                                                          Cherokee
County, Texas

                                                           Trial
Court No. J03-088

 

                                                       
                                           

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            J.T.B., a
juvenile, has filed a motion to dismiss his appeal.  His attorney states in the motion that
“[c]ounsel has conferred with [J.T.B.] and his family who have agreed to this
dismissal.”  We grant the motion and
dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1).  

 

 

 

 

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          September
27, 2010    

Date Decided:             September
28, 2010